## 50728. WILKINSON v. CRAFT.

PANNELL, Presiding Judge.

The judgment of this court affirming the grant of a summary judgment in favor of the insurer in an action against an uninsured motorist, and the dismissal of the action (*Wilkinson v. Craft,* 135 Ga. App. 738 (219 SE2d 4)), having been reversed by the Supreme Court on certiorari to the Court of Appeals, and the judgment of this court vacated (*Wilkinson v. Vigilant Ins. Co.,* 236 Ga. 456) and the opinion filed in this court on April 12, 1976, a judgment of reversal is hereby entered in accordance therewith, with direction that the trial judge proceed in accordance with the opinion of the Supreme Court.

*Judgment reversed with direction. Quillian and Clark, JJ., concur.*

DECIDED APRIL 19, 1976.

*Kirby G. Bailey,* for appellant.

*Long, Weinberg, Ansley & Wheeler, J. Kenneth Moorman, Edward C. Stone, Harry Beacham,* for appellee.